UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYBER SWITCHING PATENTS, LLC,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>CHATSWORTH, INC.,<br><br>　　　　Defendant.<br>_____<br><br>AND ALL RELATED CASES<br><br>14-cv-2682 JCS Cyber v. Eaton<br>14-cv-2683 JCS Cyber v. Emerson<br>14-cv-2684 JCS Cyber v. Methode<br>14-cv-2689 JCS Cyber v. Raritan<br>14-cv-2692 JCS Cyber v. Schneider<br>14-cv-2693 JCS Cyber v. Server Tech | Case No.  14-cv-02681-JCS<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　The above-entitled matters having been reassigned to the Honorable Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case **on   September 5, 2014**, **at 2:00 P.M**., in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

　　The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10.  Pursuant to Civil L.R. 16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than August 29, 2014.  If any party is proceeding without counsel, separate statements may be filed by each party.

Case 4:14-cv-02681-PJH   Document 14   Filed 06/25/14   Page 2 of 2

1  All documents filed with the Clerk of Court shall list the civil case number followed only
2 by the initials **"JCS."** One copy shall be clearly marked as a  One copy shall be clearly marked as
3 a <u>chambers</u> copy.

4

5  IT IS SO ORDERED.

6

7 Dated:  June 25, 2014

8  _____
9  JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California

2