Benjamin K. Riley, CA Bar No. 112007
briley@bzbm.com
Jayne Laiprasert, CA Bar No. 256930
jlaiprasert@bzbm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Steven J. Hampton, IL Bar No. 6192738 (*Pro Hac Vice Pending*)
shampton@mcandrews-ip.com
**McANDREWS, HELD & MALLOY LTD.**
500 W. Madison Street, 34th Floor
Chicago, IL  60661
Telephone:  312.775.8000
Facsimile: 312.775.8100

Attorneys for Defendant
CHATSWORTH PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBER SWITCHING PATENTS, LLC, dba CYBER SWITCHING,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHATSWORTH PRODUCTS, INC.,<br><br>　　　　　　Defendant. | No. 3:14-cv-02681 JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(A))**<br><br>Courtroom:　G, 15th Fl.<br>Judge:　Hon. Joseph C. Spero<br>Trial Date:　None Set |

This Stipulation is entered into by and among Plaintiff Cyber Switching Patents, LLC, dba Cyber Switching ("Cyber Switching"), and Defendant Chatsworth Products, Inc. ("Chatsworth"), by and through their counsel.

WHEREAS, Cyber Switching filed a complaint (the "Complaint") in the above-entitled action in the United States District Court, Northern District of California, on June 10, 2014;

WHEREAS, Cyber Switching served the Complaint on Chatsworth on June 16, 2014;

1  WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the current due date for Chatsworth to respond to the Complaint is July 7, 2014;

3  WHEREAS, under the Court's Civil Code Local Rule 6-1(a), parties may stipulate in writing, without a court order, to extend the time within which to answer or otherwise respond to a complaint; and

6  WHEREAS, extending the date for Chatsworth to respond to the Complaint as set forth below will not alter the date of any event or deadline already fixed by court order.

8  NOW, THEREFORE, the Parties hereby stipulate and agree that Chatsworth's time to respond to the Complaint (answer, move, or otherwise respond) is extended to and including Wednesday, August 6, 2014.

**IT IS SO STIPULATED.**

DATED: July 3, 2014    **BARTKO, ZANKEL, BUNZEL & MILLER**

**McANDREWS, HELD & MALLOY, LTD.**

By:    */s/ Benjamin K. Riley*
           Benjamin K. Riley

Attorneys for Defendant
CHATSWORTH PRODUCTS, INC.

DATED: July 3, 2014    **MOUNT, SPELMAN & FINGERMAN, P.C.**

By:    */s/ Kathryn G. Spelman*
           Kathryn G. Spelman

Attorneys for Plaintiff
CYBER SWITCHING PATENTS, LLC,
dba CYBER SWITCHING

## ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user filing this document, hereby attests that all signatories of this document have concurred in the filing of this document.

                                                 */s/ Benjamin K. Riley*
                                                 Benjamin K. Riley

Dated: 7/7/14



IT IS SO ORDERED
Judge Joseph C. Spero