Benjamin K. Riley, CA Bar No. 112007
Briley@bzbm.com
Jayne Laiprasert, CA Bar No. 256930
jlaiprasert@bzbm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Steven J. Hampton, Pro Hac Vice
shampton@mcandrews-ip.com
David Z. Petty, Pro Hac Vice_
dpetty@mcandrews-ip.com
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile:  (312) 775-8100

Attorneys for Defendant
CHATSWORTH PRODUCTS, INC.

Kathryn G. Spelman (Cal. Bar No. 15412)
KSpelman@mount.com
Jing H. Cherng (Cal. Bar No. 265017)
GCherng@mount.com
William H. Stewart (Cal. Bar No. 287782)
WStewart@mount.com
**MOUNT, SPELMAN AND FINGERMAN, P.C.**
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740
Telephone:  (408) 279-7000
Facsimile:   (408) 998-1473

Attorneys for Plaintiff
CYBER SWITCHING PATENTS, LLC
d/b/a/ CYBER SWITCHING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CYBER SWITCHING PATENTS LLC., dba CYBER SWITCHING,<br><br>                    Plaintiff,<br><br>v.<br><br>CHATSWORTH PRODUCTS, INC.,<br><br>                    Defendant. | Case No. 4:14-cv-02681 PJH<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

Plaintiff Cyber Switching Patents, LLC (d/b/a "Cyber Switching") and Defendant Chatsworth Products, Inc. ("Chatsworth") (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows:

**WHEREAS** on January 22, 2015, the Parties entered into a Settlement Agreement (the "Settlement Agreement") fully resolving and settling this matter, including each Parties' respective claims and counterclaims in the above-captioned suit; and

**WHEREAS** the Parties have agreed to each bear their own costs of suit and attorneys' fees;

**ACCORDINGLY**, pursuant to this Stipulation and the Parties' Settlement Agreement, the Parties request that the Court enter the Order below dismissing this action with prejudice.

**SO STIPULATED** this 23rd day of January, 2015.

| | |
|---|---|
| MOUNT, SPELMAN & FINGERMAN, P.C. | BARTKO, ZANKEL, BUNZEL & MILLER<br>McANDREWS, HELD & MALLOY, LTD. |
| By: _/s/ Kathryn G. Spelman_<br>     Kathryn G. Spelman | By: _/s/ Steven J. Hampton_<br>     Steven J. Hampton |
| Attorneys for Plaintiff<br>Cyber Switching Patents, LLC | Attorneys for Defendant<br>Chatsworth Products, Inc. |

### SIGNATURE ATTESTATION

Pursuant to General Order 45.X(b), I hereby attest that concurrence has been obtained from Kathryn G. Spelman and Steven J. Hampton as indicated by a "conformed" signature (/s/) within this e-filed document.

_William H. Stewart_
William H. Stewart

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice.

It is **FURTHER ORDERED** that each party shall bear its own costs and attorneys' fees.

Dated: 1/26/15

_____
The Hon. Phyllis J. Hamilton
Judge of the United States District Court

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

3
STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:14-cv-02681 PJH